BRIDGE STREET CONTRACTING INC., Respondent, et al., Plaintiffs, v EVEREST NATIONAL INSURANCE COMPANY, Respondent, et al., Defendant. CASTLEPOINT INSURANCE COMPANY, Proposed Intervenor-Appellant.

Submitted March 21, 2016; decided May 10, 2016

Motion by CastlePoint Insurance Company for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; CPLR 2103 [b] [2]).

MELANIE BUTLER, Respondent, v MAGNET SPORTS & ENTERTAINMENT LOUNGE, INC., Doing Business as MAGNET SPORTS & ENTERTAINMENT LOUNGE and Another, Defendant, MORAIS DICKS, Appellant.

Submitted March 28, 2016; decided May 10, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JAMES CARVER et al., Appellants, v COUNTY OF NASSAU et al., Respondents.

Submitted March 14, 2016; decided May 10, 2016

Motion, insofar as it seeks leave to appeal as against defendants County of Nassau and Nassau County Police Department, dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.